IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY KUEHNER, | ) | Civil Action No. 08 - 1319 |
| | ) | Electronic Filing |
| Plaintiff, | ) | |
| | ) | District Judge David S. Cercone |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| PHD JEFFERY BEARD, et al | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

The above captioned case was initiated on September 22, 2008, by the filing of a

Motion to Proceed In Forma Pauperis (doc. no. 1) accompanied by a Complaint. It was originally

assigned to Magistrate Judge Lisa Pupo Lenihan, but was reassigned to Judge David S. Cercone on

April 16, 2009, upon the filing of an appeal of a Magistrate Judge ruling. The case was referred back

to Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates

Act, 28 U.S.C. § 636(b)(1), and Rule 72.C.2 of the Local Rules.

The Magistrate Judge's Report and Recommendation (doc. no. 54), filed on

November 25, 2009, recommended that the Motion to Dismiss filed by the Commonwealth

Defendants (doc. no. 24) be granted. It is further recommended that the Motion to Dismiss or for

More Definite Statement filed by the Medical Defendants (doc. no. 32) be granted to the extent that

it seeks a more definite statement of Plaintiff's claims. Plaintiff filed Objections on December 15,

2009 (doc. no. 56). After a review of the pleadings and documents in the case, together with the

Report and Recommendation and the Objections thereto, the following order is entered:

**AND NOW**, this 5ᵗʰ day of January, 2010;

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by the Commonwealth

Defendants (doc. no. 24) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Motion to Dismiss or for More Definite

Statement filed by the Medical Defendants (doc. no. 32) is **GRANTED** to the extent that it seeks

a more definite statement of Plaintiff's claims; it is **DENIED** to the extent it seeks dismissal of

Plaintiff's claims against the Medical Defendants.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 54)

of Magistrate Judge Lenihan, dated November 25, 2009, is adopted as the Opinion of the Court.

David Stewart Cercone
United States District Judge

cc:     Honorable Lisa Pupo Lenihan
        United States Magistrate Judge

        Terry Kuehner
        GM-4552
        SCI Fayette
        Post Office Box 9999
        LaBelle, PA 15450-0999

        Mary Lynch Friedline, Esquire
        Office of Attorney General
        5th Floor, Manor Complex
        564 Forbes Avenue
        Pittsburgh, PA 15219

        Kathryn M. Kenyon, Esquire
        Pietragallo Gordon Alfano Bosick & Raspanit
        One Oxford Centre, 38th Floor
        301 Grant Street
        Pittsburgh, PA 15219

        Samuel H. Foreman, Esquire
        Weber Gallagher Simpson Stapleton Fires & Newby

Suite 1450, 14th Floor
Two Gateway Center
603 Stanwix Street
Pittsburgh, PA 15222